# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHARLENE BATTIGAGLIA, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09CV0189 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto and that the time for filing such objections has expired, despite the grant of three successive extensions beyond the time allotted under Fed. R. Civ. P. 72(b) (*see* Doc. ##22, 23, 24), the Court hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on July 7, 2010 (Doc. #21) is ADOPTED in full;
2. The Commissioner's final non-disability finding is AFFIRMED; and
3. The case is TERMINATED on the docket of this Court.

**DONE AND ORDERED** this Twenty-Third Day of August, 2010

                **s/Thomas M. Rose**

                Thomas M. Rose
                United States District Judge